U.S.C. § 867 (2012), shall apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0409/AF. U.S. v. Stephan H. Claxton. CCA 38188. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0487/AR. U.S. v. Cecil Saddler, Jr. CCA 20110676. On consideration of Appellant's motion for suspension of rule, which this Court construes as a motion to file a petition for reconsideration out of time, and the supplement for reconsideration, which this Court construes as a petition for reconsideration, it is ordered that said motion is hereby granted, and said petition for reconsideration is hereby denied.

Tuesday, September 16, 2014